UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ROBERSON,

    Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY CO.,

    Defendant.

_____/

Case No. 17-cv-13166

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

# ORDER (1) ADOPTING MAGISTRATE JUDGE WHALEN'S SEPTEMBER 25, 2019 REPORT AND RECOMMENDATION TO ENFORCE THE SETTLEMENT AGREEMENT (ECF NO. 37) AND (2) DENYING PLAINTIFF'S MOTION TO ENFORCE HIS VERSION OF A "SETTLEMENT AGREEMENT" OR IN THE ALTERNATIVE TO SET-ASIDE SETTLEMENT (ECF NO. 24)

On September 25, 2019, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to deny Plaintiff's Motion to Enforce "Settlement Agreement" or in the Alternative to Set-Aside Settlement. (ECF No. 37, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Whalen's September 25, 2019 Report and Recommendation (ECF No. 37) is ADOPTED; and

(2) Plaintiff's Motion to Enforce "Settlement Agreement" or in the Alternative to Set-Aside Settlement (ECF No. 24) is DENIED.

IT IS SO ORDERED.

Dated: November 13, 2019                    s/Paul D. Borman
                                            Paul D. Borman
                                            United States District Judge